The fact of injury was a material fact here. Upon this question, we concur with the presiding judge. After a careful examination of the evidence reported, we find nothing therein pertinent to that issue. True, the parties may have been somewhat chilled and fatigued, and greatly out of temper, on account of the evening train passing them, and by being compelled to wait for the night train; but there is no evidence of any pecuniary damage or of any personal injury resulting in any loss whatever to any of the parties. There was nothing really to go to the jury. The Circuit Judge states his reasons for granting the non-suits. We think they are entirely satisfactory, and fully sustain his orders."

Judgment affirmed. OPINION by MR. CHIEF JUSTICE SIMPSON, March 8, 1890. *S. Wilson*, for appellants. *Duncan & Sanders*, contra.

No. 2567. HARRIS *v.* SIMON. November Term, 1889. In action by a widow and administratrix to recover damages for the killing of her intestate in a lime quarry by a rock thrown upon him by a blast from the neighboring quarry of defendant, the Circuit Judge (Hudson) granted a non-suit. On appeal, the non-suit was set aside, the court saying: "We have carefully read the evidence reported, and find that there was some pertinent testimony, especially upon the questions of notice and warning that a blast was about to take place. True, some of the testimony was negative, the witnesses stating that they heard no hallooing or other warning, as was usual in such cases; the other witnesses stating that they did hear such hallooing, but that it was in a low voice, and down in the mine, and not on the hill, from whence it might have been heard. Under these circumstances, it seems to us that this testimony should have been weighed by the jury. It may have been wholly insufficient to sustain the allegation of negligence in this regard, but that, it seems to us, was a matter entirely for the jury."

Judgment reversed. OPINION by MR. CHIEF JUSTICE SIMPSON, March 11, 1890. *S. Wilson* and *W. W. Thomson*, for appellant. *Duncan & Sanders*, contra.

No. 2569. JACKSON *v.* LEWIS. November Term, 1889. This case was once before on appeal to this court. See 29 S. C., 193.

38—32